UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

| | |
|---|---|
| **EMMA DOE et al.,** : | |
| : | Civil Case No. 12-1670 |
| **Plaintiffs,** : | |
| : | Section F |
| v. : | |
| : | Judge Martin L. C. Feldman |
| **JAMES D. CALDWELL et al.,** : | |
| : | Mag. Judge Alma L. Chasez |
| **Defendants.** : | |

_____ :

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Plaintiffs, by their undersigned counsel, hereby move for summary judgment pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 56.1. In support of this Motion, plaintiffs submit the attached Statement of Material Facts Not in Dispute and incorporate by reference their simultaneously filed Memorandum of Law in Opposition to Defendants' Motion to Dismiss and in Support of Plaintiffs' Motion for Summary Judgment.

WHEREFORE, based on the undisputed facts and for the reasons stated in the Memorandum of Law, plaintiffs respectfully request that the Court grant the Motion.

Dated: September 18, 2012

        Respectfully submitted,

        /s/Alexis Agathocleous_____
        Alexis Agathocleous, N.Y. State Bar #4227062,
        *pro hac vice*
        Sunita Patel, N.Y. State Bar #4441382
        Center for Constitutional Rights
        666 Broadway, 7th Floor
        New York, NY 10012
        Tel: (212) 614-6478
        Fax: (212) 614-6499
        Email: aagathocleous@ccrjustice.org
               spatel@ccrjustice.org

David Rudovsky, PA Bar No. 15168, *pro hac vice*
Jonathan Feinberg, PA Bar No. 88227, *pro hac vice*
Kairys, Rudovsky, Messing & Feinberg, LLP
718 Arch Street, Suite 501 S
Philadelphia, PA 19106
Tel: 215-925-4400
Fax:  215-925-5365
Email: drudovsky@krlawphila.com
      jfeinberg@krlawphila.com

William P. Quigley, La. Bar Roll No. 7769
Davida Finger, La. Bar Roll No. 30889
Loyola University New Orleans College of Law
Stuart H. Smith Law Clinic & Center for Social Justice
7214 St. Charles Ave, Box 902
New Orleans, LA 70118
Tel: (504) 861-5596
Fax: (504) 861-5440
Email: quigley@loyno.edu
      dfinger@loyno.edu

Andrea J. Ritchie, N.Y. State Bar # 4117727, *pro hac vice*
995 President Street
Brooklyn, NY
Tel: (646) 831-1243
Email: andreajritchie@aol.com

Seth Kreimer, PA Bar No. 26102, *pro hac vice*
University of Pennsylvania Law School
3501 Sansom Street
Philadelphia, PA 19104
Tel: 215-898-7447
Email:  skreimer@law.upenn.edu

Nikki D. Thanos, La. Bar Roll No. 33409
215 South Clark
New Orleans, LA 70119
Tel: (504) 616-1888
Fax: (504) 861-5440
Email: attorneythanos@gmail.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 18, 2012, the foregoing Motion for Class Certification was filed via the Court's CM/ECF system, is available for viewing and downloading, and, as such, was served upon all counsel of record.

                                           /s/Alexis Agathocleous
                                         Alexis Agathocleous